**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Super 8 Worldwide, Inc., f/k/a Super 8 Motels, Inc.

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., a South Dakota Corporation, formerly known as SUPER 8 MOTELS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RIDDHI HOTELS, LLC, a North Carolina Limited Liability Company; and SNEHA PATEL, an individual, <br><br> Defendants. | Civil Action No. 14-cv-04188 (SDW)(SCM) <br><br> **FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Riddhi Hotels, LLC and Sneha Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on July 2, 2014, seeking damages as a result of the breach of a franchise agreement between SWI and Riddhi Hotels, LLC; and service of the Summons and Complaint having been effectuated with respect to defendant Sneha Patel by personally serving her in Jesup, Georgia on July 18, 2014; and service of the Summons and Complaint having been effectuated with respect to defendant Riddhi Hotels, LLC by serving its authorized representative by certified mail on July 29,

2014; and it appearing that default was duly noted by the Clerk of the Court against Defendants on November 20, 2014 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this 14th day of August, 2015,

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against Defendants, jointly and severally, in the total amount of $196,012.12, comprised of the following:

a) $68,716.94 for liquidated damages (principal plus prejudgment interest); and

b) $127,295.18 for Recurring Fees (principal plus prejudgment interest).

_____
HON. SUSAN D. WIGENTON, U.S.D.J.